EMILIO NAPOLITANO, as Substituted Committee of ANGELINA SANTORO, an Incompetent Person, Respondent, *v.* MANHATTAN SAVINGS BANK, as Successor of CITIZENS SAVINGS BANK, Appellant, and FIDELITY & DEPOSIT COMPANY OF MARYLAND, Respondent.

Argued December 4, 1945; decided January 18, 1946.

*C. DeWitt Rogers* for appellant.

*William E. Robinson* and *Thomas E. White* for defendant-respondent.

*Edward E. Bianco* and *Joseph A. Bambury* for plaintiff-respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.